United States District Court
## CRIMINAL MINUTES - ARRAIGNMENT AND PLEA

Time Commenced:  3:00 PM                                    Case #  3:17cr9/MCR

Time Concluded:  3:28 PM                                    Date: Tuesday, March 21, 2017

DOCKET ENTRY: REARRAIGNMENT AND PLEA with Rule 11 Consent to Plea before U.S. Magistrate Judge. Count 1 of the indictment

PRESENT:    HONORABLE Elizabeth M. Timothy , MAGISTRATE JUDGE    Irma McCain-Coby
                                                                    Deputy Clerk
Donna Garrison, USPO;   Julie Wycoff , Court Reporter;   David Goldberg, AUSA

U.S.A. vs.    Jason A. Andolina
              X present    X  Custody    ___ bond    ___ O/R

              Donald Sheehan              x  Apptd.    ___ Retained    X present
              Attorney for Defendant

PROCEEDINGS:
___ Bail review   ___ Affirmed   ___ Reduced to $___   Contd to ___   ___ Mot denied
___ Defendant not appearing on motion U.S. Attorney bond is forfeited and warrant to issue.
___ Bail on Warrant of Arrest set $___
___ Warrant of Arrest recalled   ___ Forfeiture set aside   ___ Bond reinstated
___ Waiver of Indictment filed   ___ Information previously filed
___ Defendant advised of minimum and maximum sentence.
___ Defendant is REARRAIGNED and specifically advised of his/her rights.
___ Written plea agreement filed in open court
___ Written statement of facts filed in open court
___ Adjudication withheld pending sentencing.
 X  Plea accepted   ___ Defendant adjudicated guilty on count(s) ___
___ Defendant states true name is Jason A. Andolina
___ COPY of Indictment(Information) given to defendant
___ Defendant moves to CHANGE PLEA   ___ Court grants motion
___ Court questions defendant regarding his physical and mental condition, and advises
    defendant of the nature and possible consequences of said plea.
___ Defendant waives reading of Indictment-Information.  ___ Indictment-Information read.
 X  Defendant PLEADS  X  Guilty Counts one of the indictment
___ Not Guilty Count(s) ___.
___ Trial set for ___   ___ Continued to ___.
                                          for setting trial
___ REFERRED to Probation Officer for I/R and continued to  June 1, 2017 at 1:00 pm
                                                              for sentencing

                                                    FILED IN OPEN COURT  3/21/17