IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                          Case Number 3:17cr9/MCR

JASON A. ANDOLINA
_____/

## FACTUAL BASIS FOR GUILTY PLEA

The defendant admits that if this case were to proceed to trial, the government could prove the following facts.

Beginning in March 2016, Homeland Security Investigations Special Agent (SA) Lindsey Bosso, located in Pensacola, Florida, engaged in an online undercover operation to identify individuals utilizing a social networking application to trade and disseminate images and videos of children being sexually exploited online. During the course of the investigation, specifically starting during the month of September 2016, username XXXXXXXX was observed online distributing sexually explicit material depicting children.

Specifically, on or about September 7, 2016, SA Bosso, while acting in an online undercover capacity, observed two (2) videos and five (5) images depicting child pornography distributed by XXXXXXXX in a message group entitled "PEDO TIME." This included a video, approximately 1 minute and 10 seconds in duration,

1

FILED IN OPEN COURT THIS

3/31/17

CLERK, N. TH DIST. FLA.

which depicted a prepubescent female, between the approximate ages of 5-10 years old, who performed oral sex on an adult male. The video was edited post production; SA Bosso recognized this because, before the video concluded, a different perspective of the minor was observed - she was lying on a bed just prior to the adult male ejaculating on the child's face. The second video, approximately 2 minutes in duration, depicted a prepubescent female, between the approximate ages of 8-10 years old, lying on a piece of furniture and being sexually penetrated by an adult male. The adult male possessed a camera remote visible in his hand. Throughout the video, as he was vaginally penetrating the minor female, the male is observed clicking the camera remote and thus enabling photographs to be taken from afar. In addition to these videos, multiple images were also posted within the same "PEDO TIME" group by XXXXXXXX. Four (4) of these images depicted minor females posed in lewd and pornographic positions (exposing their vagina and/or anus) while the final remaining image depicted a female (age unknown) with ejaculate on her face. SA Bosso was able to download and save these files to an undercover device in Pensacola, Florida.

On September 9, 2016, a Grand Jury Subpoena was issued relating to XXXXXXXX. On September 13, 2016, the relevant social media company responded to the Grand Jury Subpoena and identified the subscriber account with a list of relevant IP addresses utilized by XXXXXXXX. SA Bosso identified two IP

addresses that were utilized on September 7, 2016, the date during which child pornography was distributed to SA Bosso by XXXXXXXX, and conducted queries in publicly available websites to determine the providers of said IP addresses. It was determined that IP address 71.10.246.90 and IP address 66.189.121.162 both belonged to Charter Communications.

On September 15, 2016, a Grand Jury Subpoena was issued to Charter Communications for subscriber records for the aforementioned IP addresses related to XXXXXXXX and his illicit activity. On September 23, 2016, Charter Communications responded to the Grand Jury Subpoena and identified the following subscribers:

    IP address: 71.10.246.90
        Account holder: Jason ANDOLINA
        Address: XXXXX, Uxbridge, MA
        Phone number(s): 508-278-XXXX; 508-942-XXXX
        Length of service: 12/20/2004 to present

    IP address: 66.189.121.162
        Account holder: Addition Networks/Northbridge High School
        Address: XXXXX, Whitinsville, MA
        Phone number(s): 508-234-XXXX; 978-256-XXXX
        Length of service: 01/16/2006 to present

SA Bosso conducted a query on a publicly available website for the telephone numbers provided by the Charter Communications records, pursuant to the Grand Jury Subpoena request, and found telephone number 508-278-XXXX was registered

to "Jason A Andolina; age 42; XXXXX, Uxbridge, MA."

On or about September 24, 2016, SA Bosso, while acting in an online undercover capacity, noticed XXXXXXXX posted multiple Dropbox links to the group "PEDO TIME." Twenty Dropbox links were included in one posting by XXXXXXXX. Six of the twenty links were successfully downloaded or screen captured to an undercover device by SA Bosso in Pensacola, Florida. SA Bosso examined said Dropbox links, and the below is a relevant sampling:

*Dropbox folder titled "Videos watsaps" consisted of 9 child pornography video files, as well as 14 additional folders of content. Contained within one of the periphery folders was a child pornography video that was recognized as having been produced within the Northern District of Florida.*

*Dropbox folder titled "Young" consisted of 15 videos. This folder contained a video, approximately 3 minutes and 55 seconds in duration, which the law enforcement community refers to as a "grooming video." The video is made of computer generated graphics and is titled "Horny 7 yr old Girl Gets Fucked by a 10 yr old Black Boy."*

*An additional Dropbox folder titled "Mas videos" was posted by XXXXXXX and examined by SA Bosso, however, the contents of the folder exceeded what was permissible to store on SA Bosso's undercover computer. In an effort to capture*

4

*some of the material in this folder, SA Bosso opened the folder and began performing "screen shots/captures" of the content. Based on the thumbnail seized versions of the files contained within folder "Mas Videos," approximately forty (40) videos existed within this folder that depicted the sexual exploitation of minors.*

On or about October 27, 2016, whilst utilizing the social media application, SA Bosso observed that XXXXXXXX again distributed to the group "PEDO TIME." The four (4) images that were posted depicted prepubescent/pubescent females posed nude and provocatively for the camera, displaying their vagina and/or buttocks. XXXXXXXX also posted three (3) videos in the same group, on the same date. The videos depicted the following:

*Video 1: approximately 21 seconds in duration, depicted a prepubescent female performing oral sex on an adult male. The male ejaculates into the child's mouth and the child spits it out immediately. The camera playback footage has been edited and is played in slow motion during the point in which the child is spitting ejaculate out of her mouth.*

*Video 2: approximately 1 minute and 23 seconds in duration, depicted a prepubescent female lying nude on a bed. At first, the child is blindfolded, but then the blindfold is removed and an adult male inserts his penis into her mouth.*

*Video 3: approximately 1 minute and 38 seconds in duration, depicted a prepubescent/pubescent minor female who was sexually penetrated by an adult male.*

Also on October 27, 2016, following a series of child pornographic videos distributed by XXXXXXXX and other conspirators within the group, the administrator of the group posted, "That's a start." "That's a start" makes reference to the recent postings and is a common statement by administrators prior to removing users from groups due to a lack of activity. XXXXXXXX then replied, "Yup, hope more post." The administrator then commented, "Whoever posts the best content can help me moderate." XXXXXXXX then responded, "Sounds good," and posted a Dropbox link.

On or about November 7, 2016, SA Bosso, while acting in an online undercover capacity, observed XXXXXXXX again post a Dropbox link to the group "PEDO TIME." On November 29, 2016, another Grand Jury Subpoena was issued for updated/recent information related to XXXXXXXX. On December 1, 2016, the same subscriber information was confirmed. SA Bosso was able to confirm that the defendant was, indeed, username XXXXXXXX. Moreover, law enforcement confirmed the defendant was a teacher's aide to special needs children and helped with a boy scout troop in Massachusetts.

A criminal complaint out of this district was issued, and a search warrant in

6

the District of Massachusetts was obtained. On January 5, 2017, law enforcement executed the search warrant at the defendant's residence. In a post *Miranda* interview, the defendant conceded he was XXXXXXXX, and that illicit materials would likely be found on his digital devices.

A review of the defendant's cellular telephone revealed the following: the relevant social media application, confirmed XXXXXXXX as a username, many child pornography related "groups" within social media, a significant amount of child pornography within the groups, Dropbox links, and communications with those who were referring to the defendant as "Daddy." The defendant was an "administrator" of multiple groups involving child exploitation. A review of the defendant's other digital devices revealed more child pornography. The defendant concedes his guilt as to Count One of the indictment (which is incorporated herein as true and accurate).

**Elements of the Offense**

Eleventh Circuit Pattern Jury Instructions (2016) - Criminal, Offense Instr. No. O83.4A has been reviewed by the defendant along with counsel. The defendant understands the elements of the crime to which he is pleading guilty.

CHRISTOPHER P. CANOVA
United States Attorney

*[signature]*
DONALD M. SHEEHAN
Attorney for Defendant
Florida Bar No. 464724
1500 West Garden Street
Pensacola, Florida 32502
(850) 432-3034

3/14/17
Date

*[signature]*
DAVID L. GOLDBERG
Assistant U.S. Attorney
Northern District of Florida
Member of the Maryland Bar
21 East Garden Street, Suite 400
Pensacola, Florida 32502
(850) 444-4000

3/21/17
Date

*[signature]*
JASON A. ANDOLINA
Defendant

3/14/17
Date

8