UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                              **CASE NO. 3:17cr9/MCR**

**JASON A. ANDOLINA**
_____

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, in the indictment in the above-entitled action, the United States sought forfeiture of all property of the defendant, **JASON A. ANDOLINA**, pursuant to Title 18, United States Code, Section 2253, as property constituting, or derived from, proceeds obtained directly or indirectly from the violations set forth in said indictment and/or property used or intended to be used to commit or promote the commission of the offense set forth in Count One of said indictment, to wit: that the defendant did distribute child pornography;

AND WHEREAS, on or about March 21, 2017, defendant **JASON A. ANDOLINA** pled guilty to the violation set forth in Count One of the

indictment, and has now consented to forfeiture with regard to the defendant's interest in the specifically below noted property;

AND WHEREAS, by virtue of said guilty plea and concession of forfeiture, the United States is now entitled to possession of said property, pursuant to Title 18, United States Code, Section 2253 and Rule 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

IT IS HEREBY ORDERED:

1. That all of defendant's right and interest in the property described below is hereby forfeited to and vested in the United States of America.

2. That the property which is subject to forfeiture in this Order is as follows:

    **A. Samsung Galaxy S6 Model SM-G920V,**

    **B. HP Pavilion Desktop Computer SN-3CR8411LXQ,**

    **C. eMachine Desktop Computer SN-PTNB60202200304F692700,**

    **D. HP Laptop Computer SN-CNF00497JT,**

    **E. Six Iomega Zip 100 Disks,**

    **F. Two DVDs, and**

    **G. Five CDs.**

3. That an order of preliminary forfeiture is hereby entered in favor of the United States against defendant **JASON A. ANDOLINA** pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED this 3rd day of April, 2017.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**