# United States District Court

**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

| | |
|---|---|
| Time Commenced: 9:07 am | Case No. 3:17cr9/MCR |
| Time Concluded: 9:32 am | Date July 18, 2017 |

PROCEEDINGS: **Sentencing Hearing (Continued)**

Court grants Dft's request to continue the sentencing hearing. Counsel are directed to contact chambers to schedule the hearing. Separate hearing notice to follow later. Gvt Exhibits #1-14 admitted and retained by Gvt.

PRESENT:         HONORABLE.   **M. Casey Rodgers**, CHIEF JUDGE

| Greg Newsome | Susan Simms | Donna Boland | David Goldberg |
|---|---|---|---|
| Probation Officer | Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

U.S.A v. (DEFENDANT LISTED BELOW)       ATTORNEYS FOR DEFENDANT

(1) **Jason A. Andolina**                  (1) Donald Sheehan (CJA)
___ present  ✔ custody  ___ bond  ___ O/R      ✔ present  ✔ apptd.  ___ retained

Proceeding:

| Time | Event |
|---|---|
| 9:07 am | Court in Session |
| | Dft (Sheehan) addresses the court |
| | Gvt (Goldberg) introduces evidence |
| | *Gvt Exhibits #1-14 admitted* |
| 9:15 | Court grants Dft's request for a continuance of the sentencing hearing |
| | Court and counsel discuss issue re: evidence |
| 9:30 | Court directs Gvt provide evidence re: Exhibit #14 to defense counsel and USPO |
| 9:31 | Court directs counsel to notify chambers to reschedule this hearing |
| 9:32 | Court in Recess |

Filed in Open Court

7-18-2017
Initials of Deputy Clerk sps