IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 3:17cr9/MCR

JASON A. ANDOLINA

---

### FINAL ORDER OF FORFEITURE
### AS TO DEFENDANT JASON A. ANDOLINA

WHEREAS, on April 3, 2017, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of Title 18, United States Code, Section 2253, based upon the defendant's guilty plea to Count One of the indictment in this action, and the attached forfeiture provision thereto, of the property listed as:

A. Samsung Galaxy S6 Model SM-G920V,
B. HP Pavilion Desktop Computer SN-3CR8411LXQ,
C. eMachine Desktop Computer SN-PTNB60202200304F692700,
D. HP Laptop Computer SN-CNF00497JT,
E. Six Iomega Zip 100 Disks,
F. Two DVDs, and
G. Five CDs.

AND WHEREAS, pursuant to Rule 32(b)(2) and 32.2(b)(2) of the Federal Rules of Criminal Procedure said Preliminary Order of Forfeiture

1

FILED IN OPEN COURT This
8-17-2017
CLERK, U. S. DISTRICT
COURT, NORTH. DIST. FLA.

shall be made final as to defendant **JASON A. ANDOLINA** at the time of sentencing and shall be made part of the sentence and included in the judgment now wherefore,

IT IS HEREBY ORDERED:

That all of defendant **JASON A. ANDOLINA's** right, title and interest in the property described above is hereby forfeited to and vested in the United States of America and that said forfeiture is now final as to the defendant for all purposes.

IT IS SO ORDERED this 17 day of August, 2017.

M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE